**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

DONALD CLAY BILES                                                                                          PLAINTIFF
ADC #79241

V.                                          NO: 5:10CV00339 JLH/HDY

KEITH DAY *et al.*                                                                                         DEFENDANTS

**ORDER**

On January 24, 2011, Defendants filed a motion to dismiss, along with a brief in support (docket entries #10 & #11). Although more than 14 days have passed, Plaintiff has not responded. However, in light of Plaintiff's *pro se* status, he will be granted an additional 14 days to file his response.

IT IS THEREFORE ORDERED THAT Plaintiff file his response to Defendants' motion to dismiss no later than 14 days after the entry of this order.

DATED this   17   day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE